**CHIESA SHAHINIAN & GIANTOMASI PC**
One Boland Drive
West Orange, NJ 07052
(973) 325-1500
Attorneys for Defendant CenterPoint Properties Trust

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JERICH USA, INC., <br><br> Plaintiff, <br><br> v. <br><br> CENTERPOINT PROPERTIES TRUST, INC., <br><br> Defendants. | Civil Action No. 2:19-CV-07648 <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS** |

IT IS HEREBY STIPULATED AND AGREED by Defendant CenterPoint Properties Trust, Inc. ("Defendant") and Plaintiff Jerich USA, Inc. ("Plaintiff"), by and through their undersigned counsel, that the above-captioned action be and hereby is dismissed with prejudice and without fees or costs to either party.

IT IS FURTHER STIPULATED AND AGREED that this Stipulation may be executed in counterparts and by facsimile signature.

| | |
|---|---|
| CHIESA SHAHINIAN & GIANTOMASI PC <br> Attorneys Defendant CenterPoint Properties Trust <br> One Boland Drive <br> West Orange, New Jersey 07052 <br> (973) 530-1500 <br><br> By: _____ <br> DANIEL D. BARNES <br><br> Dated: April ___, 2019 <br> May 6, 2019 | BRACH EICHLER LLC <br> Attorneys for Plaintiff, Jerich USA, LLC <br> 101 Eisenhower Parkway <br> Roseland, New Jersey 07068-1067 <br> (973) 228-5700 <br><br> By: _____ <br> LUCAS MARKOWITZ <br><br> Dated: April May 8, 2019 |

CHIESA SHAHINIAN & GIANTOMASI PC • One Boland Drive • West Orange, New Jersey 07052 • (973) 325-1500
4840-0502-9263

IT IS SO ORDERED: 5/8/19

S/ William H. Walls, USDJ